IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: KANISHA Y. NELSON | ) |
| | ) |
| Homeq Servicing Corporation, | ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 07B23227 |
| | ) JUDGE Eugene R. Wedoff |
| KANISHA Y. NELSON, | ) |
| Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Homeq Servicing Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the May 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of September 15, 2009:

   a. Attorney's Fees                                    $250.00
   b. Escrow                                          $8,787.05
   c. Post payments 5/09 – 9/09   (5@ $1,911.04)      $9,555.20
   d. Suspense                                        ($1,324.04)
   TOTAL                                             $17,268.21

   If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Homeq Servicing Corporation rights to collect these amounts will be unaffected.

                                    Respectfully Submitted,
                                    Homeq Servicing Corporation

                                    /s/A. Stewart Chapman
                                    A. Stewart Chapman
                                    ARDC#6255733
                                    Pierce and Associates, P.C.
                                    1 North Dearborn
                                    Suite 1300
                                    Chicago, Illinois 60602